E-Filed: **8/13/09**

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hemet Unified School District** | NO. CV 08-4034-GHK (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Z.R.*, by and through his Parents J.R. and B.R., | |
| Defendant. | |

Based on our August 13, 2009 Order affirming the Administrative Law Judge's ("ALJ") decision in this action, **IT IS HEREBY ADJUDGED** that Defendant Z.R. shall have Judgment against Plaintiff Hemet Unified School District as set forth in the ALJ's March 24, 2008 Decision. Z.R.'s counterclaim, however, is hereby **DISMISSED**.

**IT IS SO ORDERED**.

DATED: August 13, 2009

_____
GEORGE H. KING
United States District Judge